IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENALL MANUFACTURING COMPANY and UNIVERSITY OF STRATHCLYDE | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-818-UNA |
| v. | ) ) | |
| VITAL VIO, INC. | ) ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Benjamin T. Horton to represent the plaintiffs in this matter. Pursuant to this Court's Standing Order effective March 25, 2014, the fee for the attorney listed above has been submitted to the Clerk of the Court previously during this calendar year.

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiffs*
*Kenall Manufacturing, Inc. and*
*University of Strathclyde*

Dated: September 15, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENALL MANUFACTURING COMPANY and UNIVERSITY OF STRATHCLYDE | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-818-UNA |
| v. | ) ) | |
| VITAL VIO, INC. | ) ) ) | |
| Defendant. | ) | |

# **ORDER**

This _____ day of _____, 2015, the Court having considered the motion for the admission *pro hac vice* of Benjamin T. Horton to represent the plaintiffs in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorney is admitted *pro hac vice*.

_____
United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Benjamin T. Horton*
_____
Benjamin T. Horton
Marshall, Gerstein & Borun
233 South Wacker Drive
6300 Willis Tower
Chicago, IL  60606-6357
(312) 474-6300

Dated: September 15, 2015

{01044168;v1 }